UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENILDA REMIGIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE ROCK RESORT CO., et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-01756 <br><br> (MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 31st day of August, 2022, IT IS HEREBY ORDERED that:

1. Defendants' objections (Doc. 40) are GRANTED in part and DENIED part;

2. Plaintiffs may serve ten (10) written interrogatories upon Mike Ward, the President of Double Diamond, on the narrow topics raised in Plaintiffs' letter to the Court within fifteen (15) days from the date of this Order. *See* (Doc. 42, at 2). Defendants shall provide full and complete answers to interrogatories directed to Ward within fifteen (15) days after service.

3. Defendants shall supply such information pursuant to Plaintiffs' document request number 4 of Plaintiffs' Request for Production of Documents – Set IV within thirty (30) days from the date of this Order.

BY THE COURT:

s/ *Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**